

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-41,603-02

### IN RE JOSEPH EDWARD LEE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. W10-56690-N(A) IN THE 195TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. After an abatement for a response from the District Clerk, an order designating issues dated October 17, 2012 is part of the mandamus record.

Respondent, the Judge of the 195th District Court of Dallas County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such application. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. TEX. R. APP. P. 73.5. This application for leave

to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: February 25, 2015
Do not publish